# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DONATTY SALCEDO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1787

_____

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.